JOSEPHINE DORAN, Appellant, v. CARL F. WOLFROM, Respondent.— Motion for reargument denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of the COMMISSIONER OF TAXATION AND FINANCE Arising Out of the Death of MICHAEL HOLBLOCK, Deceased, Respondent, against RIGER BUILDING CORP. and THE TRAVELERS INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of EUGENE JOSEPH NOEL, Respondent, against RAY B. MORRISON and A. A. MORRISON & Co., INC., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of GEORGE SCHNEIDER, Respondent, against MASBACK HARDWARE Co., INC., and AMERICAN MUTUAL LIABILITY INSURANCE Co., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of CARL SIGURD, Respondent, against PAUL MAXWELL and ÆTNA CASUALTY & SURETY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of LILLIAN PHILLIPS, Respondent, against QUEENS ELECTRIC SHOPS, INC., and ÆTNA CASUALTY & SURETY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of FRANK THOMPSON, Respondent, against GRACE P. QUIGLEY and ÆTNA CASUALTY & SURETY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.